[No. 32142. Department One. April 28, 1953.]

THE STATE OF WASHINGTON, *Appellant*, v. FRETA LEE OLDS,
*Respondent.*[1]

*W. R. Cole* and *Lincoln E. Shropshire,* for appellant.

*Steensland & Smith,* for respondent.

OLSON, J.—This defendant was charged and tried jointly
with the defendant in *State v. Tharp, ante* p. 494. She was
acquitted, and the state has appealed.

It seeks reversal of the order denying its "motion to set
aside and arrest the verdict of the jury and motion for new
trial" in this case, upon the same claim of error regarding
the selection of the jury, and upon the same record that
Tharp relied upon in his unsuccessful attack upon his con-
viction.

The state has no right to an appeal, where the de-
fendant has been acquitted by a considered verdict of a
jury. Rule on Appeal 14 (8), 34A Wn. (2d) 22. We decided
in the *Tharp* case that the claimed error did not invalidate
this jury or its verdict. That decision controls our disposi-
tion of this case, and we need not discuss any other ground
for our conclusion.

The appeal is dismissed.

GRADY, C. J., MALLERY, HILL, and WEAVER, JJ., concur.

[1]Reported in 256 P. (2d) 488.